# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY AYROW

NO. 2019 KW 0630

AUG 0 5 2019

---

In Re:     Anthony Ayrow, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Assumption, No. 15-
           CR-000065.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.** This court is a court of review, and relator
has not pointed to any specific ruling of the district court for
this court to consider and relator has not requested mandamus
relief for the district court's failure to act. If relator
intends to seek review of the district court's ruling denying
his motion to quash, he should specifically request that relief,
provide a copy of that ruling, and identify how he believes the
district court erred.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT